DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY HASTINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1784

[August 24, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David F. Crow, Judge; L.T. Case No. 50-1979-CF-003126-AXXX-MB.

Bernard F. Daley of The Daley Law Firm, Tallahassee, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***